Kenneth P. Norwick
Norwick, Schad & Goering
110 East 59th Street
New York, NY 10022
(212) 751-4440
ken@norwickschad.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
KHUE BUI
3436 Ellwood Avenue
Richmond, VA 23221

                 Plaintiff,

   -- against --

THE NEWSEUM
555 Pennsylvania Avenue, NW
Washington, DC 20001

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CIVIL ACTION NO.: ----------

JURY DEMANDED

COMPLAINT FOR BREACH OF CONTRACT
AND COPYRIGHT INFRINGEMENT

INTRODUCTION

The Newseum, in the words of the Supreme Court of California, is "a Washington, D.C. museum dedicated to journalism." (In re Glass, 58 Cal.4th 500 (2014)). Without journalists, there would be no Newseum -- and no meaningful First Amendment. Although it might be expected that the Newseum, of all entities, would treat working professional journalists with an especially high degree of good faith and honorable conduct, this is a case where the Newseum has flagrantly flouted its contractual and legal responsibilities to a working professional journalist and has refused to accept responsibility for that deplorable conduct.

THE PARTIES

1. Plaintiff Khue Bui is an award-winning professional photojournalist who resides in Richmond, Virginia. He and his family came to the United States in 1975 as refugees fleeing the Vietnam War. After graduating from the University of Texas at Austin with a degree in

International Business, he pursued a different career due to his love of photography.

2. Following positions with The Washington Post and the Associated Press early in his career, Mr. Bui joined Newsweek as a contributing photographer, one of nine worldwide. Since then, he has been its White House correspondent and representative in Washington, D.C. He has received numerous accolades from colleagues within the profession. As a member of the Associated Press, his work was part of the 1999 Pulitzer Prize in Feature Photography for coverage of the Impeachment of President William Jefferson Clinton. His individual work has been recognized by the Pictures of the Year (POY) and the White House News Photographers Association competitions.

3. On September 11, 2001 -- that 9/11 -- Mr. Bui, as Newsweek's White House correspondent, was on Air Force One when he created a photograph that is described in the relevant contract as "Image of AP Correspondent Sonya Ross aboard AF-1 as towers collapse photographed on Sept. 11, 2001" ("the Ross Photo"). (A copy of the Ross Photo is set forth on Exhibit "A" hereto.) Mr. Bui owns a registered copyright in the Ross Photo: VA0001118161/February 25, 2002.

4. Defendant the Newseum is a museum located on Pennsylvania Avenue in the District of Columbia.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§1332(a) and 1338. Venue in this district is proper pursuant to 28 U.S.C. §§1391(a) and 1400(a).

## UNDERLYING FACTS

6. In or about 2007, the Newseum sought Mr. Bui's authorization to display the Ross Photo. He agreed to an extremely limited authorization. As stated in the parties' contract -- a full copy of which is set forth on Exhibit "B" hereto ("the Contract") -- that limited authorization was stated as "Permanent exhibit on 9-11 attacks. Image to be used in a porcelain railing surrounding broadcast tower from World Trade Center."

2

7. To leave no ambiguity or room for wiggle or doubt, the Contract then contained several further explicit commitments by the Newseum, including:

-- "Only the Newseum has permission for use of image(s) only in the specific capacity mentioned above."

-- "No electronic rights (infraction results in payment of $25000.00 US)."

-- "No archive (infraction results in payment of $25000.00 US)."

-- "The image(s) may NOT be lifted out of the porcelain railing for use in other projects."

-- "Mandatory Photo Credit (Khue Bui)."

8. The Contract is dated June 18, 2007 and was signed by Mr. Bui and by Karen Wyatt for the Newseum.

9. In flagrant violation of the Contract, and without notice to or authorization by Mr. Bui, the Newseum subsequently a) archived the Ross Photo; b) prominently displayed the Ross Photo at, at least, a public program at the Newseum; and c) electronically transmitted a recording of that program, including its prominent display of the Ross Photo, to, at least, YouTube, for permanent and perpetual viewing for all to see.

10. Those unauthorized actions by the Newseum constitute flagrant and willful breaches of the express limitations in the Contract and have caused damage to Mr. Bui.

11. Because the Newseum's prominent display of the Ross Photo and its electronic transmission to and display of the Ross Photo on YouTube were knowingly unauthorized, those actions constitute willful infringements of Mr. Bui's registered copyright in the Ross Photo. Those infringements have caused damage to Mr. Bui.

<u>CAUSE OF ACTION FOR BREACHES OF CONTRACT</u>

12. Plaintiff incorporates here the contents of Paragraphs 1 through 11 above.

13. The Newseum is liable to Mr. Bui for its flagrant and willful violations of the express specific provisions of the Contract.

CAUSE OF ACTION FOR WILLFUL COPYRIGHT INFRINGEMENT

14. Plaintiff incorporates here the contents of Paragraphs 1 through 13 above.

15. The Newseum is liable to Mr. Bui for its flagrant and willful infringements of his registered copyright in the Ross Photo.

WHEREFORE, with respect to each willful breach of contract, and each act of willful copyright infringement by the Newseum, Mr. Bui demands judgment against the Newseum a) issuing a permanent injunction preventing the Newseum from making any further unauthorized use or display of the Ross Photo; b) awarding to Mr. Bui all appropriate damages, including statutory damages, as determined by the Court or jury; c) awarding to Mr. Bui the Newseum's profits attributable to the infringements; d) awarding to Mr. Bui punitive damages; e) awarding to Mr. Bui his costs and attorneys' fees; and f) awarding such other relief as the Court deems just.

Dated: November 14, 2016

NORWICK, SCHAD & GOERING

By: _____
Kenneth P. Norwick
110 East 59th Street
New York, New York 10022
(212) 751-4440
Attorneys for Plaintiff
ken@norwickschad.com

# EXHIBIT "A"



**EXHIBIT "B"**

# KHUE BUI

**Photo** – Image of AP Correspondent Sonya Ross aboard AF-1 as towers collapse photographed on Sept. 11, 2001.

Photo by Khue Bui for Newsweek

**Client** – Newseum
  Karen Wyatt
  703-284-3727
  KWyatt@newseum.org

**Date of Use** – Permanent exhibit on 9-11 attacks. Image to be used in a porcelain railing surrounding broadcast tower from World Trade Center.

The following are the terms of the picture use:

1) Only the Newseum has permission to use the above listed photo only.
2) Only the Newseum has permission for use of image(s) only in the specific capacity mentioned above.
3) The Newseum (or any subsidiary or parent organization) has no authority to transfer rights to any other entity.
4) No use in promotional materials (infraction results in payment of $25000.00 US).
5) No electronic rights (infraction results in payment of $25000.00 US).
6) No sales (infraction results in payment of $25000.00 US).
7) No manipulation of photos, with the exception of cropping and brightening/darkening for printing purpose (infraction results in payment of $25000.00 US).
8) No archive (infraction results in payment of $25000.00 US).
9) The image(s) may NOT be lifted out of the porcelain railing for use in other projects.
10) Image is for use in the permanent exhibit at the Newseum and not for any traveling exhibit. The railing must remain a permanent exhibit within the Newseum or rights are terminated.
11) If the Newseum decides not to go ahead with the above listed project, then rights are terminated and new written usage terms must be acquired.
12) Mandatory Photo Credit (Khue Bui)

agreed: *Karen Wyatt*    June 18, 2007    Page 1 of 1
        *Newseum*

525 5th St., NE          Washington, DC 20002
202-210-9435 (mobile)    khuebui@attglobal.net